United States District Court for the Southern District of Beckley West Virginia

FILED
AUG - 4 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Jennifer Phillips, Plaintiff

v.

Beckley Police Department, et al., Defendants

5:25-CV-00483

Case Type: Civil Rights Complaint – 42 U.S.C. § 1983

**Demand for Jury Trial**

Amount in Controversy: $600,000 including punitive damages

---

## Complaint for Civil Rights Violations (42 U.S.C. § 1983)

### I. Jurisdiction and Venue

This Court has jurisdiction under 28 U.S.C. § 1331 and § 1343, as this is an action to redress the deprivation under color of law of rights secured by the Constitution and laws of the United States. Plaintiff brings this action pursuant to 42 U.S.C. § 1983, the Fair Housing Act (42 U.S.C. § 3601 et seq.), and other applicable civil rights statutes.

The actions of the Beckley Police Department violated Plaintiff's rights under the U.S. Constitution and federal civil rights laws, including the Fair Housing Act..

Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this claim occurred in Beckley, West Virginia.

### II. Parties

- Plaintiff: Jennifer Phillips, a woman of color and previous resident of West Virginia.

- Defendants: Beckley Police Department, and individual officers including but not limited to Officer Gregory, Officer Atterson, Officer Murray, Officer Birchfield, and Officer Christian, sued in their individual and official capacities.

### III. Statement of Claim

1. On or around July 31, 2023, while I was a tenant at a Beckley Housing Authority location known as Lewis Ritchie, my at the time 10-year-old daughter was intentionally harmed by a Caucasian preteen girl. I went to the child's home to speak with her mother. The mother responded by calling me and my family racial slurs, inciting violence, and pointing a gun at me from inside the window.

2. Beckley Police were called by other or unknown party. I waited at my unit until officers arrived. Officer Gregory and Officer Atterson initially spoke with me and other witnesses. Later, Officers Murray, Birchfield, and Christian also approached.

3. After explaining the harm to my child, I was told by the officers that there was "nothing they could do." I was further told I could not press charges and that the District Attorney would not pick up the incident.

4. On or about August 2, 2023, the police report was submitted to Beckley Housing Authority. The report falsely listed me as the suspect and excluded both my statement and witness statements. I spoke with Officer Murray and requested that the report be amended, but this request was ignored or delayed.

5. On August 20, 2023, I was a guest at Travelodge on Harper Road. After a misunderstanding with the manager, I was asked to leave and did so peacefully. Shortly after exiting the property, I was pursued and detained by multiple Beckley police officers, along with my boyfriend on north heights drive. We were forced to identify ourselves and sign a trespass notice under threat of arrest, despite no crime being committed. An unidentified officer referred to me as "a criminal" for refusing to identify myself.

6. On July 30, 2024, my sister visited me. My Caucasian neighbor, appearing intoxicated, backed into her vehicle with my son and nephew inside. Officer Murray responded and took statements. However, her report omitted the names of the children inside the vehicle, complicating the insurance process. Despite knowing who was present, Officer Murray delayed correcting the report after several requests.

7. Throughout these incidents, Officer Murray has repeatedly misrepresented facts, failed to properly document key witness statements, and has supported actions that enabled racial harassment and public endangerment.

8. I previously attempted to file a complaint with Beckley Police Internal Affairs but was told by a ranking officer that "it wouldn't matter" because "they don't go far." This reflects a pattern of failure to address misconduct internally.

## IV. Claims for Relief

Count 1 – Violation of Fourteenth Amendment – Equal Protection

Count 2 – Violation of Fourth Amendment – Unlawful Seizure / Detention

Count 3 – Retaliation for Exercising Rights and Reporting Misconduct

Count 4 – Negligent or Intentional Misrepresentation in Official Reports

Count 5 – Failure to Intervene / Supervisory Liability

V. **Damages**

Plaintiff seeks a total of $600,000 in damages, which includes:

- Compensatory damages for emotional distress, ongoing housing instability that stems from the Beckley Police Department's defamatory actions, including false characterizations stated in one or more official police statements, which influenced the Beckley Housing Authority's adverse treatment of me
- civil rights violations
- Punitive damages for reckless disregard of constitutional rights
- Declaratory Judgment that defendants' actions violated federal law

VI. **Jury Demand**

Plaintiff demands a trial by jury on all issues so triable.

**Prayer for Relief**

Wherefore, Plaintiff respectfully requests that the Court:

1. Enter judgment in her favor against all Defendants
2. Award damages as stated above
3. Award such other and further relief as the Court deems just and proper

Respectfully submitted,
Jennifer Phillips
P.O. Box 69

Jessup, MD 20794

Actavia215@yahoo.com

Phone: 304-860-7731

Date: July 28, 2025